IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOUGLAS WAYNE BLACK                                   PLAINTIFF

V.                        Civil No. 5:16-cv-05072

CORPORAL TIM CAUDLE;
OFFICER JOE STANDROD;
SERGEANT C. MITCHELL;
DEPUTY GRAHAM; DEPUTY
CIFUENTES; and DEPUTY
ROB BABION                                        DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. §1983. Plaintiff proceeds *in forma pauperis* and *pro se*. At the times at issue in this case, Plaintiff was incarcerated in the Washington County Detention Center. Plaintiff is no longer incarcerated.

By order (Doc. 42) entered on January 3, 2017, Plaintiff was directed to complete, sign, and return a questionnaire that would serve as his response to the summary judgment motion. The response was to be filed by January 31, 2017. He did not file a response to the order. He did not request an extension of time to respond to the order.

On February 9, 2017, a show cause order (Doc. 43) was entered. Plaintiff was given until February 27, 2017, to show cause why this case should not be dismissed due to his failure to prosecute this action and his failure to obey the order of the Court.

To date, Plaintiff has not responded to the show cause order (Doc. 43). He has not requested an extension of time to respond to the order. No mail has been returned as undeliverable since the Court updated Plaintiff's address on December 27, 2016. Defendants have filed a motion to dismiss (Doc. 44) the case based on Plaintiff's failure

1

to obey the orders of the Court.

For these reasons, **the Motion to Dismiss is GRANTED and the case DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 27th day of April, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE